United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney

      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone: (415) 977-8981
      Facsimile: (415) 744-0134
      E-Mail: sundeep.patel@ssa.gov

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN V. PEARSON** ) | **CASE NO. 11-1705-GSA** |
| ) | |
| ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER EXTENDING DEFENDANT'S** |
| **Plaintiff,** ) | **ANSWER** |
| ) | |
| **v.** ) | |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____) | |

     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

Defendant's time to file his answer is hereby extended from February 29, 2012, to March 7, 2012. This

extension is required due to the need to resend the electronic administrative record to the U.S.

Attorney's office..

/ / / /

/ / / /

/ / / /

1

1

2

3

4

Dated: February 29, 2012

Respectfully submitted,

5

BENJAMIN B. WAGNER
United States Attorney

6

7

/s/ *Sundeep R. Patel*

8

SUNDEEP R. PATEL
Special Assistant U.S. Attorney
Attorney for Defendant

9

Dated: February 29, 2012

10

LAW OFFICES OF LAWRENCE D. ROHLFING

11

12

By /s/ *Brian C. Shapiro*
BRIAN C. SHAPIRO
Attorney for plaintiff Carolyn V. Pearson

13

14

**ORDER**

15

16

    IT IS SO ORDERED.

17

**Dated:   February 29, 2012**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

2