| | |
|---|---|
| 1 | United States Attorney |
|   | DONNA L. CALVERT |
| 2 | Acting Regional Chief Counsel, Region IX, |
|   | Social Security Administration |
| 3 | SUNDEEP R. PATEL, CSBN 242284 |
|   | Special Assistant United States Attorney |

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8981
Facsimile: (415) 744-0134
E-Mail: sundeep.patel@ssa.gov

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN V. PEARSON** ) | **CASE NO. 11-1705-GSA** |
| ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER EXTENDING DEFENDANT'S** |
| **Plaintiff,** ) | **ANSWER** |
| ) | |
| v. ) | |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Defendant's time to file his answer is hereby extended from February 29, 2012, to March 7, 2012. This extension is required due to the need to resend the electronic administrative record to the U.S. Attorney's office..

/ / / /

/ / / /

/ / / /

1

1
2
3
4  Dated: February 29, 2012

Respectfully submitted,

5
BENJAMIN B. WAGNER
United States Attorney

6
7
/s/ *Sundeep R. Patel*

SUNDEEP R.PATEL
8  Special Assistant U.S. Attorney
Attorney for Defendant

9  Dated: February 29, 2012
10
11  LAW OFFICES OF LAWRENCE D. ROHLFING

By /s/ *Brian C. Shapiro*
12  BRIAN C. SHAPIRO
Attorney for plaintiff Carolyn V. Pearson

13
14
**ORDER**
15
16   IT IS SO ORDERED.

17   **Dated:   February 29, 2012**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28

2