1  Brian C. Shapiro
   Attorney at Law: 192789
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-8868
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Carolyn V. Pearson
6

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10 | CAROLYN V. PEARSON,            | ) | Case No.: CV 1:11-01705 GSA |
   |                                | ) |                             |
11 |                  Plaintiff,    | ) | ORDER AWARDING EQUAL        |
   |                                | ) | ACCESS TO JUSTICE ACT       |
12 |          vs.                   | ) | ATTORNEY FEES AND EXPENSES  |
   |                                | ) | PURSUANT TO 28 U.S.C. § 2412(d) |
13 | MICHAEL J. ASTRUE,             | ) | AND COSTS PURSUANT TO 28    |
   | Commissioner of Social Security, | ) | U.S.C. § 1920             |
14 |                                | ) |                             |
   |                                | ) |                             |
15 |                  Defendant     | ) |                             |
   |                                | ) |                             |
16

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses filed October 16, 2012 (Doc. 19):

20 //

21 //

22 //

23 //

24

25

26

                                    -1-

1    IT IS HEREBY ORDERED that fees and expenses in the amount of

2  $3,600.00, authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the

3  Stipulation.

4

5

   IT IS SO ORDERED.

6

7    Dated:    **October 24, 2012**                    **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26