Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Carolyn V. Pearson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLYN V. PEARSON,<br><br>Plaintiff,<br><br>vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: CV 1:11-01705 GSA<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses filed October 16, 2012 (Doc. 19):

//

//

//

//

1 IT IS HEREBY ORDERED that fees and expenses in the amount of
2 $3,600.00, authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the
3 Stipulation.

IT IS SO ORDERED.

Dated:   **October 24, 2012**                     **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

-2-